UNITED STATES, Appellee

v

LARRY W. KAUFMAN, Private, U. S. Marine Corps, Appellant

No. 27,906

February 15, 1974

*Lieutenant Walter A. Smith, Jr.,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel G. L. Bailey,* USMC, and *Lieutenant Stephen M. Hackerman,* JAGC, USNR, were on the pleadings for Appellee, United States.

### OPINION OF THE COURT

PER CURIAM:

As in United States v Sloan, 22 USCMA 587, 47 CMR 211 (February 15, 1974), the accused did not object at trial to the alleged untimeliness of the proceedings against him. For the reasons set out in our opinion in *Sloan,* we affirm the decision of the Court of Military Review.